**S.A. EMPRESA DE VIACAO AEREA RIO GRANDENSE (VARIG AIR-LINES), Plaintiff-Appellant,**

**v.**

**UNITED STATES of America, Defendant-Appellee.**

**UNITED SCOTTISH INSURANCE COM-PANY, et al., Plaintiffs-Appellees,**

**v.**

**UNITED STATES of America, Defendant-Appellant.**

**Nos. 81–5366, 81–5062.**

United States Court of Appeals, Ninth Circuit.

Oct. 12, 1984.

Robert R. Smiley, III, Smiley, Murphy, Olson & Gilman, Washington, D.C., for appellant.

John C. Hoyle, Washington, D.C., argued for appellee; Andrea Sheridan Ordin, U.S. Atty., Los Angeles, Cal., Leonard Schaitman, Washington, D.C., on brief.

Before CHAMBERS, GOODWIN and PREGERSON, Circuit Judges.

## ORDER

The above cases are remanded to the United States District Court for entry of a judgment in conformity with the opinion of the United States Supreme Court in *United States v. S.A. Empresa De Viacao Aerea Rio Grandense (Varig Airlines) et al.* — U.S. ——, 104 S.Ct. 2755, 81 L.Ed.2d 660 (1984).